IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| RUSSELL M. HOLSTEIN, PH.D., LLC a New Jersey limited liability company, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>HITEN BHATT d/b/a BAJA FRESH EAST HANOVER and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No.: 2:16-CV-02871<br><br>**CLASS ACTION** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, Russell M. Holstein, Ph.D., LLC, through its undersigned attorneys, hereby voluntarily dismisses this action with prejudice, the class allegations without prejudice, each side to bear its own costs.

RUSSELL M. HOLSTEIN, PH.D., LLC,
individually and as the representative of a class of similarly-situated persons

By: s/ Matthew N. Fiorovanti

Michael J. Canning
Matthew N. Fiorovanti
Giordano, Halleran & Ciesla
125 Half Mile Road, Suite 300
Red Bank, New Jersey   07701-6777
Telephone:  732-741-3900
Fax:  732-224-6599
Email:  mcanning@ghclaw.com
         mfiorovanti@ghclaw.com

and:

So Ordered
this 1st day of August 2016
Susan D. Wigenton, U.S.D.J.

Brian J. Wanca
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  847-368-1500
Fax:  847-368-1501
bwanca@andersonwanca.com
rkelly@andersonwanca.com